IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                          Cr.1:03-CR-10009-03-T

ARKADY VOLOSHIN,

    Defendant.

## ORDER ON CHANGE OF PLEA

    This cause came on to be heard on August 26, 2005, Assistant U. S. Attorney R. Leigh Grinalds, appearing for the government, and the defendant appeared in person and with counsel, Clifton Harviel and Donald R. Wager, who are retained.

    With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

    This case has been set for sentencing on **TUESDAY, NOVEMBER 15, 2005, AT 1:15 P.M.**

    The defendant is to remain on his preset bond.

    IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 29 August 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 08-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 1:03-CR-10009 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Richard M. Asche
LITMAN ASCHE & GIOIELLA
45 Broadway
New York, NY 10006

James P. Walsh
MCKENNA LONG & ALDRIDGE
444 S. Flower St.
Los Angeles, CA 90071--290

Donald R. Wager
LAW OFFICES OF DONALD R. WAGER
10100 Santa Monica Blvd.
Los Angeles, CA 90067

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Barry L. Greenhalgh
LAW OFFICES OF BARRY L. GREENHALGH
16633 Ventura Blvd., #1005
Encino, CA 91436

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Stuart Goldfarb
BARRY L. GREENHALGH LAW OFFICES
16633 Ventura Blvd.
Encino, CA 91436

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT